UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| In re ZANTE, INC., | ) | |
| Debtor. | ) ) ) | |
| | ) | |
| HERBST GAMING, INC. et al., | ) ) | 3:10-cv-00234-RCJ-RAM |
| Plaintiffs, | ) ) | **ORDER** |
| vs. | ) ) | |
| INSURCORP et al., | ) ) | |
| Defendants. | ) ) | |

This case is an adversary proceeding, (*see* Adv. No. 09-05041-GWZ), arising out of the consolidated Chapter 11 bankruptcy cases of Plaintiffs and others, (*see In re Zante, Inc.*, Case No. BK-N-09-50746-GWZ). Defendant AIG Life Insurance Co. has moved for withdrawal of the reference of the adversary proceeding. Because the reference has already been withdrawn pursuant to a motion by other Defendants, (*see* Order, Dec. 29, 2010, ECF No. 54, Case No. 3:10-cv-00231-RCJ-RAM), the present motion is denied as moot, and the adversary proceeding shall proceed under Case No. 3:10-cv-00231-RCJ-RAM.

**CONCLUSION**

IT IS HEREBY ORDERED that the Motion to Withdraw Reference (ECF No. 1) is DENIED as moot.

IT IS FURTHER ORDERED that the Clerk shall close the case.

IT IS SO ORDERED.

Dated this 26th day of January, 2011.

_____
ROBERT C. JONES
United States District Judge